972

No. 72–6417. Richardson v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6471. Pizzolato v. Secretary, Department of Health, Education, and Welfare. C. A. 2d Cir. Certiorari denied.

No. 72–992. Murray v. Virginia. Sup. Ct. Va. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–1136. Weatherford et al. v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–1159. Habig et al. v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–1244. Clark v. Holmes et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6106. Blackman v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6257. Mitchell v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6262. Harvey v. United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6374. Rando v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.